The Honorable Robert S. Lasnik

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 1 2 2002  **MR**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID MIGHELL,

              Plaintiff,

    v.

SONIC FOUNDRY, INC. RIMANTAS
BUINEVICIUS, AND KEN MINOR,

              Defendants.

No. C00-1319L

STIPULATED NOTICE

Pursuant to the conversation with the Court by both counsel for both sides yesterday afternoon, this notice confirms that the parties have reached a confidential settlement of this matter in principle, subject to approval by defendants' insurer, and that the parties, therefore, respectfully request that the Court suspend all activities in this matter, including any decision on plaintiff's pending motion for reconsideration of the Court's summary judgment decision and further briefing on plaintiff's motion to reopen discovery. Defendants' insurer requested two weeks to consider the proposed settlement. Subject to that approval, the parties anticipate filing a joint stipulation for dismissal with prejudice shortly thereafter.



STIPULATED NOTICE — 1
(No. C00-1319L)

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square  1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150  Fax: (206) 628 7699



CV 00-01319  #00000088

DATED this /2^th day of April, 2002.

Scott C.G. Blankenship
WSBA No. 21431
Beth A. Barret
WSBA No 31702
Attorneys for Plaintiff
THE BLANKENSHIP LAW FIRM
28th Floor, Washington Mutual Tower
1201 Third Avenue
Seattle, Washington 98101
(206 343-2700

Tahl Tyson
WSBA No. 21183
DAVIS WRIGHT TREMAINE, LLP
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Telephone: (206) 622-3150
Fax: (206) 628-7699

William M. Conley
    Wisconsin Bar No. 1009504
    Admitted *Pro Hac Vice*
Steven A. Heinzen
    Wisconsin Bar No. 1032278
    Admitted *Pro Hac Vice*
FOLEY & LARDNER
150 East Gilman Street
Madison, Wisconsin 53703-1495
Telephone: (608) 257-5035

Attorneys for Defendants Sonic Foundry, Inc.,
Rimantas Buinevicius and Ken Minor.

STIPULATED NOTICE — 2
(No. C00-1319L)

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622 3150 · Fax (206) 628-7699